**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: Doran Lofts, a California limited liablity company

Debtor(s).

FOR COURT USE ONLY

**ENTERED**

JAN 12 2016

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

FILED

JAN 11 2016

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

CASE NO.: 2:16-bk-10015-RN

CHAPTER: 11

**ORDER REASSIGNING BANKRUPTCY CASE TO JUDGE (by mutual consent)**

☒ WITHIN DIVISION TRANSFER

☐ WITHIN DISTRICT TRANSFER

It appearing that the above-captioned case is properly transferable in accordance with the provisions of General Order 11-01,

IT IS HEREBY ORDERED that the above-captioned bankruptcy case be reassigned to Bankruptcy Judge Sheri Bluebond _____ [name to be inserted by the judge] for all further proceedings.

☒ **Within Division Transfer**

The bankruptcy case number will remain the same. However, the judge's initials must be changed to

BB _____ [initials to be inserted by the judge] on all documents filed with the court.

☑ All adversary proceeding(s) to be transferred

☐ Do not transfer adversary proceeding(s)

☐ Other: _____

☐ **Within District Transfer**

The new bankruptcy case number is _____ [will be issued by the Clerk's Office after the order is signed].

☐ All adversary proceeding(s) to be transferred and new adversary proceeding case numbers will

be issued by the Clerk's Office.

☐ Do not transfer adversary proceeding(s)

☐ Other: _____

Date:

_1/11/16_

_____
UNITED STATES BANKRUPTCY JUDGE

The undersigned Bankruptcy Judge hereby consents to the transfer of the above-captioned bankruptcy case
to him/her.

Date: _1/11/16_

_____
UNITED STATES BANKRUPTCY JUDGE